UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24578-CV-REID

BETTY ALEXIS,

    Plaintiff,

v.

CATHOLIC CHARITIES OF THE
ARCHDIOCESE OF MIAMI, *et al*.

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND
## DISMISSING CASE WITH PREJUDICE

This CAUSE is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice and Motion to Approve Settlement ("Motion"). [ECF No. 20]. The parties have attached to the Motion an executed copy of their Settlement Agreement. [ECF No. 20-2]. This cause is before the Court pursuant to the parties' Joint Consent to Proceed Before United States Magistrate Judge [ECF No. 18, 19]. The Court has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully involved in the premises.

This case involves, in part, claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA") as specified in Count IV of Plaintiff's Complaint. [ECF No. 1-2 at 10-13]. In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where

1

both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute over FLSA provisions as indicated in Count IV of Plaintiff's Complaint. The terms of the settlement were announced on the record in open Court. The Court has reviewed the terms of the settlement agreement with respect to Count IV of Plaintiff's Complaint, including the amount to be received by the Plaintiff and the attorneys' fees and costs to be received by counsel, and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. The Court has also reviewed the parties' request for dismissal of this action in its entirety, to include the remaining counts of the Complaint, with prejudice. [ECF No. 20 at 1].

Accordingly, and per the parties' request, it is

ORDERED AND ADJUDGED that the parties' settlement agreement (including attorneys' fees and costs) [ECF No. 20] is hereby **APPROVED**, and this action, in its entirety, including the remaining counts of the Complaint, is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The parties shall bear their own fees and costs in accordance with the terms of the settlement agreement.

DONE AND ORDERED in chambers, at Miami, Florida on this 9th day of February, 2021.

UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record